UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERNESTINE KEMPEN<br>　　Plaintiff,<br><br>V.<br><br>COSTCO WHOLESALE CORPORATION<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No 5:21-cv-00151 - OLG |

## AGREED MOTION TO DISMISS

Plaintiff ERNESTINE KEMPEN and Defendant COSTCO WHOLESALE CORPORATION file this Agreed Motion to Dismiss. Plaintiff ERNESTINE KEMPEN and Defendant COSTCO WHOLESALE CORPORATION announce to the Court that all matters in controversy have been compromised and settled by agreement and that Plaintiff ERNESTINE KEMPEN shall take nothing against Defendant COSTCO WHOLESALE CORPORATION and each party is to bear its own costs.   Plaintiff ERNESTINE KEMPEN and Defendant COSTCO WHOLESALE CORPORATION respectfully pray that the Court approve and enter the attached Agreed Order of Dismissal.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: _____

Mr. William B. McConnell
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd., Ste 101
San Antonio, Texas 78249
Ph:  (361) 985-0600
Fax:  (361) 985-0601
Bmcconnell-svc@thomasjhenrylaw.com
ATTORNEY FOR PLAINTIFF

By: /S/Wayne Colodny
ROBERT A. VALADEZ
State Bar No. 20421845
WAYNE COLODNY
State Bar Number: 04626440
SHELTON & VALADEZ, P.C.
600 Navarro St., Suite 500
San Antonio, Texas 78205
Phone: (210) 349-0515
Fax: (210) 349-3666
rvaladez@shelton-valadez.com
ATTORNEY FOR DEFENDANT