Case 5:21-cv-00151-OLG   Document 14   Filed 04/21/22   Page 1 of 2

FILED
April 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERNESTINE KEMPEN<br>　　Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | Civil Action No 5:21-CV-00151 - OLG |
| COSTCO WHOLESALE CORPORATION<br>　　Defendant. | §<br>§<br>§ | |

## AGREED ORDER OF DISMISSAL

All Parties appeared and announced in writing through their counsel of record that all matters in controversy have been compromised and settled by agreement, that Plaintiff, ERNESTNE KEMPEN take nothing against Defendant COSTCO WHOLESALE CORPORATION, and that each party is to bear its own costs of court.

It is, therefore, ORDERED, ADJUDGED and DECREED by the Court that this case is DISMISSED, with prejudice. Any relief not requested by the parties and/or not addressed above is denied.

SIGNED this __21st__ day of _____April_____, 2022.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

By: /s/ William B. McConnell
Mr. William B. McConnell
Thomas J. Henry Injury Attorneys
5711 University Heights Blvd., Ste 101
San Antonio, Texas 78249
Ph: (361) 985-0600
Fax: (361) 985-0601
Bmcconnell-svc@thomasjhenrylaw.com
ATTORNEY FOR PLAINTIFF


By:/S/Wayne Colodny
SHELTON & VALADEZ, PC
Robert A. Valadez
State Bar No. 20421845
Wayne Colodny
State Bar No:04626440
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
rvaladez@shelton-valadez.com
ATTORNEY FOR DEFENDANT